NOT FOR PRINTED PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PAULA JACKSON AND HALEY LLOYD | § § § | CASE NO. 9:20-CV-112-RC-KFG |
| v. | § § | CAB |
| COUNTY OF SABINE AND SHERIFF TOM MADDOX | § § § § | |

## <u>ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for all pretrial matters. In his Report and Recommendation, Judge Giblin recommends that Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. #28) be granted. (Doc. #41). To date, the parties have not filed objections to the Report and the time for doing so has passed. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the court conducted a *de novo* review of Judge Giblin's Report and the record in this cause. The court agrees with Judge Giblin's recommended disposition and **ACCEPTS** the Report and Recommendation (Doc. #41).

Therefore, Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. #28) is **GRANTED**. Plaintiffs' First Amended Complaint (Doc. #29) shall remain on file as the live pleading. Within **30 days** of the date of this order, Plaintiffs shall effectuate summons and service of process on Defendant David Boyd.

So ORDERED and SIGNED, Jun 11, 2021.

_____
Ron Clark
Senior Judge